IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NELFRY HERNANDEZ-VALDEZ,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-<br><br>VIOLATION:<br>Title 8, United States Code, Section 1326(a) & (b)(1)<br>(ONE COUNT) |

THE GRAND JURY CHARGES:

### COUNT ONE
Re-entry of Removed Alien
(Title 8, United States Code, Sections 1326(a) & (b)(1))

On or about September 27, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**NELFRY HERNANDEZ-VALDEZ,**

who is an alien, as the term is defined in Title 8, United States Code, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, United States Code, Sections 1326(a) & (b)(1).

| | |
|---|---|
| W. STEPHEN MULDROW<br>United States Attorney | TRUE BILL |
| | |
| JENIFER Y. HERNÁNDEZ-VEGA<br>Assistant United States Attorney<br>Chief, Child Exploitation, Immigration Unit | FOREPERSON<br><br>Dated: 8 OCT. 2025 |
| | |
| ELBA GORBEA<br>Assistant United States Attorney | |

*Received & Filed, Clerk's Office, OCT - 8 2025, US District Court, San Juan, PR*
*25-CR-413 (CVR)*