

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTES

## MINUTE OF PROCEEDINGS
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

COURT REPORTER: Zoom.Gov  
COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding)  

DATE: October 8, 2025  
AUSA: Corinne Cordero-Romo

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>NELFRY HERNANDEZ-VALDEZ<br><br>*Defendant(s)* | Return of Indictment by the Grand Jury<br>Criminal No. **25-cr-00413 (CVR)** |

Indictment was filed in open court.

**Arraignment/Detention SET for October 10, 2025 at 2:00 PM in Hato Rey Courtroom 7 before U.S. Magistrate Judge Héctor L. Ramos-Vega.**

Case is assigned to Judge Camille L. Vélez-Rivé.

**NEW CASE**:

☐ This Indictment supersedes Criminal Case No. _____.

☒ Defendant(s) **appeared** in 25-mj-00906. Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case _____, but **not arrested**. Magistrate case merged and closed.

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) is/are to remain on same bond.

☒ Defendant(s) is/are under custody. Marshal to produce defendant(s).

☐ Arrest warrant(s) to be issued.

☐ Summons to be issued.

*s/María Luz Díaz*  
Courtroom Deputy Clerk