IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | Crim. No. 25-413 (CVR) |
| **NELFRY HERNANDEZ-VALDEZ,** Defendant. | |

## MOTION REQUESTING CHANGE OF PLEA HEARING

**TO THE HONORABLE COURT:**

Nelfry Hernandez-Valdez, represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned counsel, alleges and prays as follows:

Mr. Hernandez and the undersigned attorney have discussed the contents of the Indictment against him, the fees and penalties involved, the applicability of the federal sentencing guidelines at the time of sentencing, the evidence that the Government may present at trial, and the strength and witnesses of the Government's case in chief.

Mr. Hernandez, after receiving legal counsel, has determined that it is in his best interests to enter a straight plea. Therefore, Mr. Hernandez requests a hearing during which he may plead guilty before this Honorable Court or the referral of this motion to a Magistrate Judge.

Finally, the undersigned requests that the Court vacate the Status Conference scheduled for December 1, 2025, and hold the Change of Plea Hearing on that date.

**WHEREFORE,** it is respectfully requested that this Honorable Court grant the request herein.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on November 4, 2025.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Victor M. Chico Luna**
Victor M. Chico-Luna, Esq.
USDC-PR # 228013
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
T: 787-281-4922 / F: 787-281-4899
Email: victor_chico@fd.org