Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
Sala de Carolina
Salón de Sesiones 207

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO | Criminal Núm.  FBD2023G0061<br>FST2023G0005-0006<br>**NELFRY HERNANDEZ**<br><br>FBD2023G0060<br>FST2023G0004<br>**DANNY VALDEZ POLANCO** |
| vs | |
| NELFRY HERNANDEZ VALDEZ | Por: ART. 202 DEL C.P. y<br>ART. 217 DEL C.P. (2 cargos) |
| DANNY VALDEZ POLANCO | Por: TENT. ART. 202 DEL C.P. Y<br>ART. 217 DEL C.P. |

-MINUTA-

A la vista final de revocación, comparece el Ministerio Público representado por el fiscal **Marcos Algarín Echandi.**

**Comparece la Lcda. Zulmarie Alverio Ramos en representación de los convictos quienes no comparecen a sala.**

**Comparece la Técnica Socio Penales, Jackeline López López en representación del convicto Danny Valdez Polanco y la Técnica Socio Penal Yanelis Camacho en representación del convicto Nelfry Hernández Valdez.**

La defensa informa que sus clientes no están aquí por voluntad propia sino de manera involuntaria toda vez que el Estado provocó su ausencia. Añade, que no están cumpliendo con las condiciones que le impusieron, ya que cuando fueron a recibir los servicios de la probatoria la oficina de Immigration and Customs Enforcement´s (ICE)"fueron allí y los deportaron. Ellos no violentaron ni provocaron ninguna condición. Su incomparecencia no es voluntaria.

A preguntas de la defensa el Alguacil de Sala informa que el Lcdo. Francisco J. Méndez no ha comparecido ni se ha comunicado.

El Tribunal hace constar que hoy celebrará la vista final de revocación y los demás asuntos se atenderán en una vista posterior.

El Ministerio Público informa que el Gobierno de Puerto Rico no deporta, sino las Agencias Federales. La esfera Federal es un Gobierno autónomo y distinto al Gobierno de Puerto Rico.

La defensa informa que el Estado Estatal ó Federal son los que están en los asuntos jurídicos de las personas. Adiciona que, si el Estado Estatal tiene que informar la situación de inmigración, por esto es que el Estado provoca que sus clientes no estén hoy ni los han producido. Sus clientes no tienen conocimiento de este proceso.

El Ministerio Público difiere de lo expresado por la defensa. Adiciona que cuando una persona está en la jurisdicción Estatal ó Federal y lo sacan de Puerto Rico, ni los Tribunales ni el Tribunal Supremo ha emitido ordenes al Tribunal Federal para que sea producido. Ya



**PAG. 2**
**NELFRY HERNANDEZ VALDEZ**
**DANNY VALDEZ POLANCO**

que son jurisdicciones separadas. informa que la Agencia (ICE) conforme a unas guías deportaron, pero no es atribuible al Estado ya que son dos gobiernos diferentes.

El Tribunal hace constar que son dos gobiernos diferente. No obstante, la Administración de Corrección es quien los entrega y el Estado cooperó para la deportación. Adiciona que en su momento dado discutirá con el Lcdo. Méndez y la Administración de Corrección que hubo una recomendación para una probatoria que se sabía que nunca la iban a cumplir. Además, ni el gobierno estatal ó federal los puede producir porque se desconoce dónde se encuentran los convictos. Adiciona que de los convictos regresar a la jurisdicción y querer cumplir la probatoria siempre que sea un inmigrante ilegal el Gobierno Federal los deportara si no han resuelto su estado inmigratorio.

**Se declara ha lugar la revocación de probatoria.**

Se emite **orden para mostrar causa contra el Lcdo. Francisco J. Méndez Rivera** por haber incumplido con la orden del Tribunal del 17 de diciembre del 2024.

Se emite **orden para mostrar causa contra el Secretario de Corrección** por no haber cumplido con la orden del Tribunal del 21 de junio del 2024.

Se señala vista para **el 18 de febrero del 2025, a las 10:00 a.m. con el Lcdo. Francisco J. Méndez y el Secretario de Corrección.**

Abogada y Técnicas Socio Penales excusadas.

**NOTIFIQUESE LA MINUTA A LAS PARTES.**





Nombre Alguacil: Henry Peñalvert González

Nombre Juez: Ann M. Higginbotham Arroyo      Certifico: Lcda. Kanelly Zayas Robles
                                                                                Secretaria Regional

Nombre Taquígrafo: Lilliana Robles Matta      Por: Maribel Fargas Rodríguez
                                                                                **Secretaria Servicios a Sala**

Transcrita: 27 de enero del 2025      Fecha: 15 de enero del 2025

**Núm: Identificador: MIN2025** 000000456

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL PRIMERA INSTANCIA**
Sala de Carolina
Salón de Sesiones 201

| EL PUEBLO DE PUERTO RICO | CRIM. NÚM.: FBD2023G0061 |
| --- | --- |
| VS. | FST2023G0005-6 |
| **NELFRY HERNANDEZ VALDEZ** | POR: ART. 202 Y 217 (2) C.P. |
| VS. | CRIM. NÚM.: FBD2023G0060 |
|  | FST2023G0004 |
| **DANNY VALDEZ POLANCO** | POR: TENT. ART. 202 Y 217 C.P. |

## -- MINUTA --

**A la Vista** señalada el Ministerio Público estuvo representado por el fiscal Marcos Algarín Echandi. No comparecen los probandos ni representación legal alguna. Comparece el Lcdo. Francisco Méndez Rivera del Departamento de Corrección y Rehabilitación.

El licenciado Méndez solicita disculpas por no haber enviado a tiempo el memorando, pero consiguió la certificación que le solicitó. Añade que tiene unos memorandos de entendimiento que datan del 2018 del pasado secretario Pereira y otro del pasado secretario, Jesús González. Hoy en día esos memorandos están vigentes, pero lo del protocolo le certifica que no hay ningún protocolo de esa naturaleza. Se hicieron las gestiones de dialogar con el secretario que hay que preparar un protocolo para este tipo de casos. Le preocupa que han surgido unas leyes con el presidente Donald Trump, porque es su deseo que si alguna persona es acusada; inclusive, sea deportada si no tiene un estado migratorio permanente, pero no se le han dado instrucciones al respecto.

El Tribunal hace constar que con la presentación de la moción en cumplimiento de orden que aneja el memorando de entendimiento entre el Servicio de Inmigración de los Estados Unidos y el Departamento de Corrección y la otra carta de inmigración de como se va a habilitar el asunto de inmigración le contesta la orden de que le ofrezcan lo que tenían vigente y la certificación indica que no existe un protocolo para trabajar contestando la segunda pregunta.

Ante lo expresado, el Tribunal se da por satisfecha y cumplida la orden emitida con fecha del 21 de junio de 2024 a la secretaria de Corrección y la orden para mostrar causa al Lcdo. Francisco Méndez con la moción en cumplimiento de orden.

Nombre Alguacil: HENRY PEÑALVERT GONZÁLEZ          Certifico: LCDA. KANELLY ZAYAS ROBLES
                                                                                  Secretaria Regional
Nombre Juez: HON. ANN MARGARET HIGGINBOTHAN ARROYO   Por: IVETTE E. CARRASQUILLO AVILES
                                                                                  Secretaria de Servicios a Sala
Nombre OP DCR: IVETTE E. CARRASQUILLO AVILES          **Fecha: 18 DE FEBRERO DE 2025**
                                                                                  Transcrita: 19 de febrero de 2025

19 FEB 2025



**CERTIFICACIÓN**
CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de:

PCJ

☐ Previo el pago de derechos
☑ Para uso oficial, libre de derechos

Lcda. Kanelly Zayas Robles
Secretaria Regional
Secretario

Por: Isla Navarro Sanchez
Secretaria Auxiliar del Tribunal

DEC 0 2 2025

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
Tribunal de Primera Instancia de Carolina

| | |
|---|---|
| El Pueblo de Puerto Rico<br>vs<br>**Nelfry Hernández Valdez**<br><br>Número de Querella: 2023-08-716-00947<br>Fecha de Nacimiento: 11 de noviembre de 1994<br>Lugar de Nacimiento: Sto. Domingo, Rep. Dominicana<br>Sexo: Masculino<br>Seguro Social: XXX-XX-3357<br>Dirección: Bo. Obrero, #422 calle Martinó<br>San Juan, PR<br>Núm. Licencia de conducir: 7094017 | Criminal Número: Por Infracción al:<br>**F BD2023G0061** Tentativa Artículo 202 (b) Código Penal (2012)<br>**F ST2023G0005** Artículo 217 Código Penal (2012) RECLASIFICADO A: Tentativa Artículo 217 Código Penal (2012)<br>**F ST2023G0006** Artículo 217 Código Penal (2012) RECLASIFICADO A: Tentativa Artículo 217 Código Penal (2012)<br>Delito(s)<br>Fecha de los hechos: **10 de abril de 2023**<br>Lugar de los hechos: **Carolina, PR**<br>**SOBRE: REVOCACIÓN DE PROBATORIA**<br>Salón de Sesiones 207 |

## Ejecución de Sentencia

A la **Vista Final de Revocación de Probatoria** comparece el Ministerio Público representado por el **Fiscal Marcos Algarín Echandi (RÚA 12512)**. Comparece la **Lcda. Zulmarie Alverio Ramos (RUA 18928)** en representación del convicto de epígrafe quien no está presente en sala.

Comparece la Oficial Probatorio a cargo del probando, Yanelis Camacho del Programa de Comunidad Metropolitano.

Atendidos los informes de situación actual presentados el 24 de junio de 2024 y el 25 de junio de 2024, se informa que el probando fue deportado.

Celebrada la vista en sus méritos y escuchada la prueba testifical y documental presentada en evidencia, este Tribunal ha determinado declarar **Con Lugar la revocación de probatoria**.

Se hace constar, que la Administración de Corrección entregó al probando al Servicio de Inmigración y Control de Aduanas de los Estados Unidos (ICE).

Consta, asimismo, que el gobierno estatal ni el gobierno federal pueden producir al probando, por desconocer el paradero actual tras la deportación.

Se ordena que una vez se conozca que el convicto de epígrafe está en la jurisdicción nuevamente se proceda a ejecutar la sentencia y que sea ingresado en una institución penal de la Administración de Corrección, donde **cumplirán las penas impuestas el 13 de febrero de 2024, por el término de trece (13) meses y quince (15) días en cada cargo concurrentes entre sí.**

Se ordena que estos expedientes permanezcan accesibles en la Región Judicial de Carolina para facilitar el trámite una vez los convictos sean arrestados.

**NOTIFÍQUESE.**

Dada en Carolina, Puerto Rico, a 15 de enero de 2025. Reducido a escrito el 29 de septiembre de 2025.

**Ann M. Higginbotham Arroyo**
Juez Superior

Número Identificador: RES2025001 38539



F124

**CERTIFICACIÓN**

CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de:

PCJ

☐ Previo el pago de derechos
☑ Para uso oficial, libre de derechos

Lcda. Kanelly Zayas Robles
Secretaria Regional

Secretario

Por: _Isia Navarro Sanchez_
Sub-Secretario
Secretaria Auxiliar del Tribunal

DEC 0 2 2025