IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**NELFRY HERNANDEZ-VALDEZ,**<br>Defendant. | Crim. No. 25-413 (CVR) |

## MOTION TO RESTRICT DOCUMENT

**TO THE HONORABLE COURT:**

Nelfry Hernandez-Valdez, represented by the Federal Public Defender through the undersigned attorney, respectfully alleges and prays as follows:

The undersigned attorney filed a *Sentencing Memorandum* today on behalf of Mr. Hernandez. Access to this document should be restricted using the *Selected Parties* viewing restriction. The parties which should be granted access to the document are the Court, Mr. Hernandez, the Government, and the Probation Office.

The *Sentencing Memorandum* is filed *Selected Parties* because it contains Mr. Hernandez's personal information provided to aid the Court during the sentencing hearing. Maintaining the confidentiality of this information outweighs the presumption of public access to said document.

If the Court has any doubts as to the propriety of the foregoing request or that it remain *Selected Parties*, Mr. Hernandez moves for a hearing before the court makes a ruling.

This motion to restrict is filed in compliance with Standing Order No. 9, issued by the Honorable Aida M. Delgado-Colon in Misc. No. 03-419.

**WHEREFORE,** it is respectfully requested that this Honorable Court GRANT the request herein and that the above-referenced pleading remain restricted and sealed until further order from the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on February 23, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

RACHEL BRILL
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Victor M. Chico Luna**
Victor M. Chico-Luna, Esq.
USDC-PR # 228013
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
T: 787-281-4922 / F: 787-281-4899
Email: victor_chico@fd.org