# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **NELFRY HERNANDEZ-VALDEZ,** Defendant. | CRIMINAL NO. 25-413 (CVR) |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT**:

The United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. On this date, the United States is filing a pleading, at ECF No. 18, that is self-explanatory related to the above captioned case (the "Pleading").

2. In compliance with the requirements of this Court's Standing Orders Nos. 9 and 11, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction:

*Parties:* limiting viewing to participants within the case and court personnel.

3. The United States is filing the Pleading with the requested level of restriction because is necessary to protect the information detailed in the Pleading.

As more fully set forth in the Pleading, the protection of the information contained in the Pleading outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Pleading under the requested restriction level, and that an ORDER issue directing the Pleading to remain under such restriction level until further order by the Court.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 25th day of February 2026.

        W. STEPHEN MULDROW
        United States Attorney

        *s/   Elba Gorbea*
        Elba Gorbea
        Assistant United States Attorney
        USDC-No. 224014
        United States Attorney's Office
        Torre Chardón Bldg., Suite 1201
        350 C. Chardón Street
        San Juan, Puerto Rico 00918
        (787) 766-5656
        elba.gorbea@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

        *s/   Elba Gorbea*
        Elba Gorbea
        Assistant United States Attorney
        USDC-No. 224014