IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**NELFRY HERNANDEZ-VALDEZ,**<br>Defendant. | **Crim. No. 25-413 (CVR)** |

### MOTION SUBMITTING CERTIFIED ENGLISH TRANSLATION

**TO THE HONORABLE COURT:**

Nelfry Hernandez-Valdez, represented by the Federal Public Defender through the undersigned attorney, respectfully alleges and prays as follows:

On February 23, 2026, the undersigned submitted a document (Exhibit 1) in Spanish as part of the Formal Objections to the Presentence Report in this case. *See* Dkt. # 24-1.

The document was filed in the Spanish language, and the undersigned informed the Court that a certified English translation of the same had been procured and would be filed with the Court when received to comply with Local Rule 5(c).

The certified English translation of the aforementioned document is submitted with this motion.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the contents of this motion and accept the attached document as part of Dkt. # 24-1.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on February 26, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will provide notice of the filing and a copy of the motion to all parties of record.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Victor M. Chico Luna**
Victor M. Chico-Luna, Esq.
USDC-PR # 228013
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
T: 787-281-4922 / F: 787-281-4899
Email: victor_chico@fd.org