Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
Carolina Court
Courtroom 207

| | |
|---|---|
| THE PEOPLE OF PUERTO RICO | Criminal No. FBD2023G0061<br>FST2023G0005-0006<br>**NELFRY HERNANDEZ**<br><br>FBD2023G0060<br>FST2023G0004<br>**DANNY VALDEZ POLANCO** |
| vs | |
| NELFRY HERNANDEZ VALDEZ | Re: ART. 202 OF THE P.C. and<br>ART. 217 OF THE P.C. (2 counts) |
| DANNY VALDEZ POLANCO | Re: ATT. ART. 202 OF THE P.C. AND<br>ART. 217 OF THE P.C. |

-MINUTES-

At the case set for Final Revocation hearing, the Public Prosecution appeared represented by prosecutor **Marcos Algarín Echandi**.

**Attorney Zulmarie Alverio Ramos appeared representing the defendants who did not appear in Court.**

Defense counsel reports that their clients are not here out of their own volution but involuntarily since the State caused their absence since when they went to receive the services from Probation, the Office of Immigration and Customs Enforcement (ICE) went there and deported them. They did not violate nor trigger any conditions. Their failure to appear is involuntary.

Upon the questions by defense counsel, Bailiff informs us that attorney Francisco J. Méndez has not appeared nor has he called.

The Court states that it will hold the final revocation hearing and that the other matters will be addressed at a later hearing.

The Prosecution states that the Government of Puerto Rico does not deport, but the Federal authorities. The Federal forum is an autonomous Government and different from the Government of Puerto Rico.

Defense counsel states that the Local or Federal State are the ones involved in the people's judicial matters. She adds that the Local State must inform us of the immigration situation, therefore it is the State that has caused her clients non-appearance today, nor has produced them. Her clients are not aware of these proceedings.

The Prosecution differs from the statements made by the Defense. They add that if the person is in State or Federal custody and is removed from Puerto Rico, neither the Court nor the Supreme Court have issued orders to the Federal Court to produce them, given that they have separate jurisdictions. It states that the Agency (ICE) deported them

PG. 2

NELFRY HERNANDEZ VALDEZ

DANNY VALDEZ POLANCO

pursuant to their guidelines, but that it is not attributable to the State as they are two different governments.

The Court states that there are two different governments. Nonetheless, it is the Corrections Administration who hands them over and the State cooperated with the deportation. It adds that at some point it will discuss with counsel Mendez and the Corrections Administration that there was a recommendation for probation they knew they were never going to comply with. In addition, neither the state nor the federal government can produce them because the convicts' whereabouts are unknown. They add that if the convicted return to jurisdiction and want to comply with the probation the Federal Government will deport them if they are illegal aliens and have not resolved their immigration status.

**The Court revokes the Probation.**

A **Show Cause Order is issued against Attorney Francisco J. Méndez Rivera** for failing to comply with the Court's order of December 17, 2024.

A **Show Cause Order is issued against the Secretary of Corrections** for failing to comply with the Court's order of June 21, 2024.

A hearing is scheduled for **February 18, 2025, at 10:00 a.m. with Attorney Francisco J. Méndez and the Secretary of the Corrections Department**.

Counsel for the defendant and the Social Penal Technicians are excused.

THE MINUTES ARE TO BE NOTIFIED TO THE PARTIES.



| | |
|---|---|
| Judge: Ann M. Higginbotham Arroyo | Bailiff: Henry Peñalvert González |
| Court Reporter: Lilliana Robles Matta | Certification: <u>Kanelly Zayas Robles, Esq.</u> Regional Clerk |
| Transcribed on: January 27, 2025 | For: <u>Maribel Fargas Rodríguez</u> Courtroom Deputy |
| Identification Number: MIN2025 <u>00000456</u> | Date: January 15, 2025 |

*BMA- February 15, 2025*

**Commonwealth of Puerto Rico**
**GENERAL COURT OF JUSTICE**
**COURT OF FIRST INSTANCE**
**Carolina Court**
**Courtroom 201**

| | |
|---|---|
| THE PEOPLE OF PUERTO RICO<br><br>VS.<br><br>NELFRY HERNANDEZ VALDEZ | CRIM. NO. FBD2023G0061<br>　　　　　　　FST2023G0005-6<br><br><br>RE: ART. 202 AND 217 (2) P.C. |
| VS.<br><br>DANNY VALDEZ POLANCO | CRIM. NO. FBD2023G0060<br>　　　　　　　FST2023G0004<br><br>RE: ATT. ART. 202 AND 217 P.C. |

## MINUTES

At the scheduled hearing, the Public Prosecutor's Office was represented by prosecutor Marcos Algarín Echandi. Neither the probationers nor their legal counsel appeared in court. Also appearing, attorney Francisco Méndez Rivera of the Department of Corrections and Rehabilitation

Mr. Méndez apologizes for not having sent the memorandum on time, but he obtained the certification he requested. He adds that he has memorandums of understanding dating from 2018, from former secretary Pereira, and another from former secretary Jesús González. Today those memorandums are in force, but regarding the protocol he certifies that there is no protocol of that nature. Efforts were made to dialogue with the secretary that a protocol must be prepared for this type of case. He is concerned that some laws have emerged with President Donald Trump, because it is his desire that if someone is accused; even be deported if they do not have permanent immigration status but has not been given instructions in this regard.

The Court notes that with the filing of the motion pursuant to the order attached to the memorandum of understanding between the United States Immigration Service and the Department of Correction and the other immigration letter on how the immigration matter is to be enabled, it replies that there is no protocol for working on the second question.

In view of the above, the Court considers that the order issued on June 21, 2024, to the Secretary of Correction and the order to show cause to attorney Francisco Méndez have been satisfied and complied with.

Bailiff: HENRY PEÑALVERT GONZÁLEZ

Judge: HON. ANN MARGARET HIGGINBOTHAN ARROYO

DCR OP: IVETTE E. CARRAQUILLO AVILES

Certification: KANELLY ZAYAS ROBLES
　　　　　　　Regional Clerk

By:　**IVETTE E. CARRASQUILLO AVILES**
　　　Courtroom Deputy

**Date: FEBRUARY 18, 2025**
**Trancribed on February 19, 2025**

FEB 19  2025

Commonwealth of Puerto Rico
**GENERAL COURT OF JUSTICE**
Carolina Court of First Instance

| The People of Puerto Rico<br><br>vs<br><br>**Nelfry Hernández Valdez**<br><br>Complaint Number: 2023-08-716-00947<br>Date of Birth: November 11, 1994<br>Place of Birth: Sto. Domingo, Dominican Republic<br>Sex: Male<br>Social Security Number: XXX-XX-3357<br>Address: Bo. Obrero 422 Martinó St. San Juan, PR<br>Driver's License No.: 7094017 | Criminal No.<br><br>**F BD2023G0061**<br><br>**F ST2023G0005**<br><br><br><br><br><br>**F ST2023G0006**<br><br><br><br><br><br>Date of Events:<br><br>Place of Events:<br><br>Re: REVOCATION<br><br>Courtroom 207 | Offenses:<br><br>Attempted Article 202(b) Penal Code (2012)<br><br>Article 217 Penal Code (2012) Reclassified to: Attempted Article 217 Penal Code (2012)<br><br>Article 217 Penal Code (2012) Reclassified to: Attempted Article 217 Penal Code (2012)<br><br>Offense(s)<br>April 10, 2023<br><br>Carolina, PR |

**EXECUTION OF JUDGMENT**

At the Final Revocation Hearing, the Public Prosecutor's Office appeared represented by Prosecutor Marcos Algarín Echandi (RUA 12512). Attorney Zulmarie Alverio Ramos (RUA 18928) appeared representing the above-captioned defendant who is not present in court.

The probation officer in charge of the defendant, Yanelis Camacho, of the Metropolitan Community Program appeared in court.

Based on the status reports dated June 24, 2024, and June 25, 2024, it is reported that the probationer was deported.

It is noted that the Corrections Administration turned over the probationer to the United States Immigration and Customs Enforcement (ICE).

It is also noted that neither the state nor the federal government can produce the probationer, because they do not know his current whereabouts after being deported.

It is ordered that the sentence will be executed once it is known that the above captioned defendant is in the jurisdiction again, and that he be admitted to a penal institution of the Correction Administration, **where they will serve the sentences imposed on February 13, 2024, for a term of thirteen (13) months and fifteen (15) days in each count concurrent with each other.**

It is ordered that these records remain accessible in the Carolina Judicial Region to facilitate the process once the convicts are arrested.

TO BE NOTIFIED.

In Carolina, Puerto Rico, on January 15, 2025. Reduced to writing on September 29, 2025.

*/s/ Ann M. Higgingbotham Arroyo*
**Ann M. Higgingbotham Arroyo**
Superior Judge

Identification Number: RES2025001 38539

Translator's Certificate

I hereby certify that the foregoing is a true and exact, to the best of my abilities, translation of the Spanish original provided to me.

Ana Angélica López Hernández, Translator (Phase I FCICE)